**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMIEN D. SMITH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF LOS ANGELES, CALIFORNIA, ET AL.,<br><br>　　　　Defendants. | No.  CV 23-4739 PA (RAOx)<br><br>JUDGMENT |

　　　In accordance with the Court's May 28, 2024 Minute Order granting, in part, the Motion for Summary Judgment filed by defendants City of Los Angeles, Los Angeles Police Department, and Officer Leovardo Guillen (collectively, "Defendants") and granting the parties' August 15, 2023 Stipulation (Docket No. 17),

　　　IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

　　　1.　　Defendants are entitled to summary judgment on Plaintiff's federal claims (claims one through six);

　　　2.　　Plaintiff's state law claims (claims seven through eleven) are dismissed with prejudice;

　　　3.　　Plaintiff's claims against defendant Chief Michel. R. Moore are dismissed with prejudice; and

//

1        4.      Plaintiff shall take nothing and Defendants shall have their costs of suit.

2      The Clerk is ordered to enter this Judgment.

3  DATED: May 28, 2024

                                                Percy Anderson
                                         United States District Judge